UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Nia Lucas, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:22-cv-01540 (CJN) |
| American Federation of Government | : | |
| Employees, AFL-CIO, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DEFENDANTS' MOTION TO DISMISS

Defendants American Federation of Government Employees ("AFGE National"), Michael Kelly and AFGE Local 228 hereby submit this Motion to Dismiss Plaintiff Nia Lucas' Complaint, pursuant to Rule 12(b)(1) and (6) of the Fed. R. Civ. P. Plaintiff's Complaint must be dismissed for two reasons. One, the Civil Service Reform Act preempts this Court's jurisdiction. And two, Plaintiff's complaint fails to state a claim. For these reasons, the Defendants request that the Complaint is dismissed with prejudice.

                                                                               Respectfully submitted,

                                                                              /s/Mark L. Vinson
                                                                              Mark L. Vinson, Esq.
                                                                              D.C. Bar No. 478175
                                                                              Assistant General Counsel
                                                                              American Federation of
                                                                              Government
                                                                              Employees, AFL-CIO
                                                                              80 F Street, NW
                                                                              Washington, DC  20001
                                                                              (202) 639-6426
                                                                              Counsel for Defendant